[No. 21237–1–I.   Division One.   May 8, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. MARK EDWIN
PURNELL, *Defendant,* PARIS R. THORP,
*Respondent.*

Appeal from a judgment of the Superior Court for Sno-homish County, No. 82–1–00090–1, Gerald L. Knight, J., entered October 29, 1987. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Winsor, JJ.

[No. 21293–1–I.   Division One.   May 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH YOUNG,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–02246–5, Jerome M. Johnson, J., entered June 15, 1987. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Swanson and Scholfield, JJ.

[Nos. 21309–1–I; 23077–8–I; 23266–5–I.   Division One.   May 8, 1989.]

ROBERT L. DAVIS, ET AL, *Appellants,* v. HALCYON HOMES,
INC., ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Sno-homish County, No. 80–2–00894–1, Thomas G. McCrea, J. Pro Tem., entered October 12, 1987. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Swanson and Webster, JJ.

[No. 21682–1–I.   Division One.   May 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN J.
KLOCK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01622–3, Carmen Otero, J., entered January 20, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Winsor, JJ.